No. 91–8745. ESPELITA *v.* DERWINSKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 92–30. ZYCH, DBA AMERICAN DIVING & SALVAGE CO., ET AL. *v.* ILLINOIS HISTORIC PRESERVATION AGENCY ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–211. COMMISSIONER OF THE LAND OFFICE OF OKLAHOMA *v.* CROOK ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–338. COOPER TIRE & RUBBER CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 92–384. CASH ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–518. DOUGHTY *v.* ZOECON CORP. C. A. 5th Cir. Certiorari denied.

No. 92–524. CRAM *v.* MAXWELL, EXECUTOR OF ESTATE OF MAXWELL, DECEASED. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 92–535. O'BRIEN ET AL. *v.* BANK ONE, COLUMBUS, N. A. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 92–536. DURHAM *v.* CORUM. Sup. Ct. N. C. Certiorari denied.

No. 92–538. PELFRESNE *v.* VILLAGE OF WILLIAMS BAY ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–540. LABOR UNION OF PICO KOREA, LTD., ET AL. *v.* PICO PRODUCTS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–546. WASHINGTON WATER POWER CO. *v.* SPOKANE INDIAN TRIBE. C. A. 9th Cir. Certiorari denied.

No. 92–549. ATER *v.* ARMSTRONG ET AL. C. A. 6th Cir. Certiorari denied.